IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLTON THOMAS JENS,<br><br>Defendants. | CR 20–123–BLG–DLC-02<br><br>ORDER |

Before the Court is Defendant Colton Thomas Jens' Motion for Change of Plea Hearing. (Doc. 40.) This order refers the motion to Magistrate Judge Timothy J. Cavan. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003).

Accordingly, IT IS ORDERED that Judge Cavan shall conduct the plea hearing, provided the parties consent. The hearing will be set by separate order from Judge Cavan.

IT IS FURTHER ORDERED that all other pending motions as they relate to Defendant Jens are DENIED as MOOT. Pending deadlines, including the jury trial set for July 19, 2021, as they relate to Defendant Jens are VACATED.

1

DATED this 8th day of July, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court